# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ALBERT HARRIS, Jr. et al., :

        Case No. 3:03-CV-372

    Plaintiff,

        Judge Walter Herbert Rice

-vs- :

SCOTT FERGUSON et al.,

    Defendant. :

## DISMISSAL ORDER

IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, for lack of prosecution.

WHR/kse

March 16, 2007

                                       *(signature)*
                                  WALTER HERBERT RICE, JUDGE
                                  UNITED STATES DISTRICT COURT